**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE**, | * | |
| Plaintiff, | * | Judge Michael R. Barrett |
| | * | |
| v. | * | CIVIL ACTION NO.  1:15-cv-605 |
| | * | |
| **MIAMI UNIVERSITY**, **et al.,** | * | |
| Defendants | * | |
| | * | |

**JOHN DOE'S DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST DEFENDANT JANE DOE**

Plaintiff John Doe ("John Doe") and Defendant Jane Doe ("Jane Doe") reached a settlement which includes a tolling agreement preserving claims which were advanced or may have been advanced in relation to issues addressed in the Complaint in Docket No.39.  Therefore, John Doe dismisses the claims against Jane Doe in Docket No. 39 without prejudice.

JOHN DOE

By: /s/ Eric Rosenberg
 Eric Rosenberg (Ohio Bar #0069958)
 Rosenberg & Ball Co. LPA
 395 North Pearl Street
 Granville, Ohio 43023
 888.680.6797 office
 740.644.1027 direct
 866.498.0811 fax
 eric.rblaw@gmail.com

JANE DOE

By: /s/ Danny Caudill
 Danny Caudill (Ohio Bar #0078859)
 The Caudill Firm, LLC
 175 S. Third St., Suite 200
 Columbus, Ohio 43215
 614.360.1946 office
 631.448.4544 fax
 dlcaudill@caudillfirm.com

<u>Certificate of Service</u>

I certify that on May 31, 2015, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all registered parties.

<u>/s/ Eric Rosenberg</u>
Eric Rosenberg (0069958)