**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John Doe,

        Plaintiff,                                         Case No.  1:15cv605

        v.                                           Judge Michael R. Barrett

Miami University, *et al.*,

        Defendants.

## ORDER

This matter is before the Court upon Plaintiff's Motion to Allow the Parties to Use Pseudonyms.  (Doc. 7).  For good cause shown, Plaintiff's Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

                                             */s/ Michael R. Barrett*
                                             JUDGE MICHAEL R. BARRETT