# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John Doe,

    Plaintiff,

    v.                                     Case No. 1:15cv605

Miami University, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to a settlement conference conducted by the undersigned on February 20, 2019, this matter is resolved;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                     *s/Michael R. Barrett*
                                                     Michael R. Barrett
                                                     United States District Judge